UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RESIDENTIAL CASH FLOW NOTES :
92-1, LP, et al., :
:
      Plaintiffs, :
:
v. : CASE No. 8:12-CV-1723-T-TGW
:
THE BANK OF NEW YORK :
MELLON, :
:
      Defendant. :
_____:

O R D E R

The court has been advised that the above-styled action has been settled. Moreover, the Stipulation of Voluntary Dismissal With Prejudice has been filed (Doc. 87). Accordingly, it is

ORDERED and ADJUDGED that this cause is hereby **DISMISSED** with prejudice. The Clerk is directed to terminate any pending motions and CLOSE this case.

DONE and ORDERED at Tampa, Florida, this 16th day of October, 2014.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE